

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

Nos. 06-14-00018-CR &
06-14-00019-CR

---

JONATHAN ALI CHTAY, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court Nos. 22,939, 22,940

---

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Jonathan Ali Chtay appeals from (1) his conviction for misappropriating trust fund property having a value greater than or equal to $500.00 and (2) his conviction of theft of greater than $20,000.00, but less than $100,000.00. The reporter's record in these appeals was filed March 5, 2014, and the clerk's record was filed March 14, making the appellant's brief due April 14. This Court extended this briefing deadline twice on Chtay's motion, resulting in the current due date of June 4. Chtay has now filed a third motion seeking an additional twenty-day extension of the briefing deadline.

We have reviewed Chtay's third motion to extend time as well as the appellate record, and we find no compelling information to convince us that this brief requires more time to prepare. The motion to extend time to file Chtay's appellate brief is overruled.

We order counsel to file appellant's brief with this Court on or before June 24, 2014.

IT IS SO ORDERED.

BY THE COURT

Date: June 10, 2014

2